**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Harold R. Clark Jr.<br>        Linda C. Clark aka Linda Goldsmith<br>               Debtor(s) | CHAPTER 13<br><br>BKY. NO. 19-11025 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of New Rez LLC D/B/A Shellpoint Mortgage Servicing as Attorney in Fact for NewRez LLC d/b/a Shellpoint Mortgage Servicing and index same on the master mailing list.

                                         Respectfully submitted,

/s/ **Rebecca Solarz**
Rebecca Solarz
04 Jan 2021, 04:22:19, EST

                    KML Law Group, P.C.
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106-1532
                    (215) 627-1322