**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Harold Clark, Jr. | : | |
| Linda Clark | : | Chapter 13 |
| | : | |
| Debtors | : | Bankruptcy No. 19-11025 ELF |

# ORDER

AND NOW, upon consideration of the Debtors' MOTION FOR EXPEDITED HEARING TO CONSIDER THE MOTION FOR AUTHORITY/APPROVAL FOR SALE OF REAL ESTATE *("the Motion")*, and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion shall be and hereby is scheduled on **November 16, 2021, at 1:00 p.m.** via Telephonic Hearing.*

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on t all secured creditors and all priority creditors by overnight mail, facsimile transmission or e-mail transmission **no later than 5:00 p.m. on November 8, 2021**.

5. The Movants shall serve this Order and the Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including all creditors, by regular mail no **later than 5:00 p.m. on November 8, 2021**.

6. The Movants shall file a Certification of Service as required by Local Rule 9014.

Date:  November 5, 2021

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

* Instructions for appearing by telephone may be found on the court's website at: https://www.paeb.uscourts.gov/file/conference-call-numbers.*