**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: Harold Clark, Jr. & Linda Clark        :        Chapter 13
                                                                       :
Debtor(s).                                                     :        Bankruptcy No. 19-11025

**ORDER**

AND NOW, upon consideration of Debtors' Motion for Authority/Approval for Sale of Real Estate ("the Motion") and after a hearing, it is hereby **ORDERED**, pursuant to 11 U.S.C. 363(b), that the Debtors are authorized to sell real property known as 405 S. Sterling Road Elkins Park, PA 19027 on the terms set forth in the Motion.

It is further **ORDERED** that within two (2) days of the closing, the Debtors shall provide the Chapter 13 Trustee with a copy of the settlement sheet.

Date:  11/17/21

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**