United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 19-11025-elf

Harold R. Clark, Jr. Chapter 13

Linda C. Clark

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 17, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Harold R. Clark, Jr., Linda C. Clark, 405 S. Sterling Road, Elkins Park, PA 19027-2029 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| GEORGETTE MILLER | on behalf of Debtor Harold R. Clark Jr. Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com |
| GEORGETTE MILLER | on behalf of Joint Debtor Linda C. Clark Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com |
| HAROLD N. KAPLAN | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LAUREN BERSCHLER KARL | on behalf of Creditor DITECH FINANCIAL LLC lkarl@rascrane.com lbkarl03@yahoo.com |
| REBECCA ANN SOLARZ | |

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Nov 17, 2021 Form ID: pdf900 Total Noticed: 1

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: Harold Clark, Jr. & Linda Clark** | : | Chapter 13 |
| | : | |
| **Debtor(s).** | : | Bankruptcy No. 19-11025 |

**ORDER**

AND NOW, upon consideration of Debtors' Motion for Authority/Approval for Sale of Real Estate ("the Motion") and after a hearing, it is hereby **ORDERED**, pursuant to 11 U.S.C. 363(b), that the Debtors are authorized to sell real property known as 405 S. Sterling Road Elkins Park, PA 19027 on the terms set forth in the Motion.

It is further **ORDERED** that within two (2) days of the closing, the Debtors shall provide the Chapter 13 Trustee with a copy of the settlement sheet.

Date: 11/17/21

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**