**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    HAROLD R. CLARK | : | |
|    LINDA C. CLARK, | : | |
|         Debtors | : | Bky. No.  19-11025 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Amended Chapter 13 Plan (Doc. #58) is **APPROVED**.

Date:  December 21,  2021

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**