# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

       Chapter 13

       Bankruptcy No. 19-11025-ELF

HAROLD R CLARK, JR.
LINDA C CLARK
405 S. STERLING ROAD

ELKINS PARK, PA 19027

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    HAROLD R CLARK, JR.
    LINDA C CLARK
    405 S. STERLING ROAD

    ELKINS PARK, PA 19027

Counsel for debtor(s), by electronic notice only.

    GEORGETTE MILLER, ESQ.
    MARGOLIS EDELSTEIN
    170 S. INDEPENDENCE MALL W, STE 400
    PHILADELPHIA, PA 19106-

/S/ Kenneth E. West

Date: 3/17/2022

Kenneth E. West, Esquire
Chapter 13 Standing Trustee