**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Harold & Linda Clark | CHAPTER 13 |
| DEBTOR(S) | BANKRUPTCY NO: 19-11025 |

**CERTIFICATION OF NO RESPONSE**

I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Supplemental Application and Proposed Order on <u>March 27, 2022</u>, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Supplemental Application for Compensation and Reimbursement of Expenses.

I respectfully request that the Court enter the attached Order.


Dated:  April 16, 2022

Margolis Edelstein
100 Century Parkway, Suite 200
Mt. Laurel, NJ 08054