**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: Harold & Linda Clark** | : | **Chapter 13** |
| | : | |
| **Debtor(s).** | : | **Bankruptcy No. 19-11025** |

### ORDER TO ALLOW COUNSEL FEES

**AND NOW,** upon consideration of the Application for Supplemental Compensation ("the Supplemental Application") filed by the Debtor(s) counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**
2. Supplemental compensation in the amount of $3000.00 is **ALLOWED** in favor of the Applicant.
3. The Chapter 13 trustee Chapter 13 is authorized to distribute to the Applicant the allowed compensation and reimbursement of expenses set forth in paragraph 2 above as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

Date:  4/20/22

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**