## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :        **Chapter 13**
    **HAROLD R. CLARK, JR.**        :
    **LINDA C. CLARK,**                :
        **Debtors**            :        **Bky. No. 19-11025 ELF**

## <u>O R D E R</u>

     **AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan ("the

Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

     It is hereby **ORDERED** that:

1.  The Motion is **GRANTED**.

2.  The Debtors' Amended Chapter 13 Plan (Doc. #99) is **APPROVED**.


**Date: September 27, 2022**        _____
                                   **ERIC L. FRANK**
                                   **U.S. BANKRUPTCY JUDGE**