# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                              Chapter 13

                                              Bankruptcy No. 19-11025-ELF

HAROLD R CLARK, JR.
LINDA C CLARK
405 S. STERLING ROAD

ELKINS PARK, PA 19027

        Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

      HAROLD R CLARK, JR.
      LINDA C CLARK
      405 S. STERLING ROAD

      ELKINS PARK, PA 19027

Counsel for debtor(s), by electronic notice only.

      GEORGETTE MILLER, ESQ.
      DILWORTH PAXSON LLP
      1500 MARKET ST., STE 3500 E.
      PHILADELPHIA, PA 19102-

                                        /S/ Kenneth E. West

Date: 2/14/2023                             _____

                                    Kenneth E. West, Esquire
                                    Chapter 13 Standing Trustee