United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-11025-mdc

Harold R. Clark, Jr.     Chapter 13

Linda C. Clark

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Mar 03, 2023     Form ID: 167     Total Noticed: 38

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Harold R. Clark, Jr., Linda C. Clark, 8214 Williams Avenue, Phila, PA 19150-2011 |
| 14275801 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 14275802 | | Freedom Cu, Arsenal Bus Center, Philadelphia, PA 19137 |
| 14275807 | + | Tdrcs/raymour & Flanig, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 14332499 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 04 2023 00:32:08 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 04 2023 00:18:00 | DITECH FINANCIAL LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 14312298 | | Email/Text: ally@ebn.phinsolutions.com | Mar 04 2023 00:18:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14621682 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 04 2023 00:32:13 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14275791 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 04 2023 00:18:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14299495 | | Email/PDF: bncnotices@becket-lee.com | Mar 04 2023 00:32:19 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14275792 | + | Email/PDF: bncnotices@becket-lee.com | Mar 04 2023 00:32:19 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14275793 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 04 2023 00:18:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14286959 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 04 2023 00:18:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14275794 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 04 2023 00:18:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14275797 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 04 2023 00:32:08 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14275796 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 04 2023 00:32:08 | Cap1/neimn, Po Box 30253, Salt Lake City, UT |

Case 19-11025-mdc   Doc 110   Filed 03/05/23   Entered 03/06/23 00:27:44   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 03, 2023 | Form ID: 167 | Total Noticed: 38 |

| ID | Flag | Method/Address | Timestamp | Recipient |
|---|---|---|---|---|
| | | | | 84130-0253 |
| 14283436 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 04 2023 00:32:13 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14299237 | + | Email/Text: RASEBN@raslg.com | Mar 04 2023 00:18:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14275799 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 04 2023 00:18:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 14275795 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 04 2023 00:32:09 | Bloom/dsnb, Po Box 8218, Mason, OH 45040 |
| 14314960 | | Email/Text: bnc-quantum@quantum3group.com | Mar 04 2023 00:18:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14275798 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 04 2023 00:32:08 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14574259 | ^ | MEBN | Mar 04 2023 00:15:45 | New Rez LLC D/B/A Shellpoint Mortgage Servicing as, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14476769 | | Email/Text: mtgbk@shellpointmtg.com | Mar 04 2023 00:18:00 | NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14275803 | + | Email/Text: bankruptcies@orangelake.com | Mar 04 2023 00:18:00 | Orange Lake/wilson Res, 8505 W Irlo Bronson Memo, Kissimmee, FL 34747-8217 |
| 14308393 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 04 2023 00:32:14 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14275804 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 04 2023 00:32:19 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14311238 | | Email/Text: bnc-quantum@quantum3group.com | Mar 04 2023 00:18:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14286769 | + | Email/Text: RASEBN@raslg.com | Mar 04 2023 00:18:00 | RAS CITRON, LLC, BANKRUPTCY DEPARTMENT, 130 CLINTON ROAD, SUITE 202, FAIRFIELD, NJ 07004-2927 |
| 14275805 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 04 2023 00:32:08 | Syncb/ashley Homestore, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14275806 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 04 2023 00:32:18 | Syncb/old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 14312489 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 04 2023 00:32:18 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14276028 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 04 2023 00:32:08 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14305039 | + | Email/Text: tdebn@credbankserv.com | Mar 04 2023 00:18:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14287624 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 04 2023 00:18:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14275808 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 04 2023 00:18:00 | Us Bk Rms Cc, Po Box 108, Saint Louis, MO 63166 |
| 14275809 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 04 2023 00:18:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |

TOTAL: 33

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 03, 2023 | Form ID: 167 | Total Noticed: 38 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14314054 | ## | Ditech Financial LLC, PO Box 12740, Tempe, AZ 85284-0046 |
| 14275800 | ## | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2023                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| GEORGETTE MILLER | on behalf of Debtor Harold R. Clark Jr. bky@dilworthlaw.com, miller.georgetter93726@notify.bestcase.com |
| GEORGETTE MILLER | on behalf of Joint Debtor Linda C. Clark bky@dilworthlaw.com miller.georgetter93726@notify.bestcase.com |
| HAROLD N. KAPLAN | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LAUREN BERSCHLER KARL | on behalf of Creditor DITECH FINANCIAL LLC lkarl@rascrane.com lbkarl03@yahoo.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Harold R. Clark, Jr. and Linda C. Clark

    Debtor(s)

Case No: 19−11025−mdc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*RESCHEDULED \*\*
Motion to Dismiss Case for Failure to Make Plan Payments Filed by KENNETH E. WEST Represented by KENNETH E. WEST

on: 3/16/23

at: 09:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 3/3/23

Timothy B. McGrath
Clerk of Court

109 − 106
Form 167