**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Harold and Linda Clark, | : | CHAPTER 13 |
| | : | |
| DEBTOR, | : | CASE NO: 19-11025-mdc |

### Certificate of Service

Michelle Lee, being duly sworn according to law, deposes and says that she filed Debtor's Amended Plan, filed on 5/24/2023, upon the following individuals listed below, by electronic means and/or first class mail.

Kenneth West - VIA ELECTRONIC SERVICE

Harold and Linda Clark
8214 Williams Ave
Philadelphia, PA 19150

And notice to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic filing constituting service of the filed document upon all of the parties required by Federal Rule of Bankruptcy Procedure 3020(b)(1) and all parties that have requested service of papers in this case.

Respectfully Submitted,

/s/ Michelle Lee
Michelle Lee, Esquire
Dilworth Paxson LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102