# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: Harold and Linda Clark** | ) | **CHAPTER 13** |
| | ) | |
| **DEBTOR(S)** | ) | **CASE NO: 19-11025** |

## ORDER

**AND NOW, this _____ day of _____ 2023, upon** consideration of the Debtor's Motion to Modify Plan and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan is **APPROVED**.

Dated: 07/20/2023

_____
MAGDELINE D. COLEMAN
Chief Bankruptcy Judge