United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Harold R. Clark, Jr.  
Linda C. Clark  
    Debtors

Case No. 19-11025-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 2  
Date Rcvd: Jul 20, 2023    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Harold R. Clark, Jr., Linda C. Clark, 8214 Williams Avenue, Phila, PA 19150-2011 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2023 at the address(es) listed below:

**Name**    **Email Address**

BRIAN CRAIG NICHOLAS  
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

GEORGETTE MILLER  
    on behalf of Debtor Harold R. Clark  Jr. bky@dilworthlaw.com, miller.georgetter93726@notify.bestcase.com

GEORGETTE MILLER  
    on behalf of Joint Debtor Linda C. Clark bky@dilworthlaw.com  miller.georgetter93726@notify.bestcase.com

HAROLD N. KAPLAN  
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com

KENNETH E. WEST  
    ecfemails@ph13trustee.com  philaecf@gmail.com

LAUREN BERSCHLER KARL

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 20, 2023 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor DITECH FINANCIAL LLC lkarl@rascrane.com lbkarl03@yahoo.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Harold and Linda Clark        )        CHAPTER 13
                                     )
        DEBTOR(S)                    )        CASE NO: 19-11025

**ORDER**

        **AND NOW, this _____ day of _____2023, upon** consideration of the Debtor's Motion to Modify Plan and after notice and hearing, and with the consent of the Chapter 13 Trustee,

    It is hereby **ORDERED** that:

1.    The Motion is **GRANTED**.

2.    The Debtor's Amended Chapter 13 Plan is **APPROVED**.

Dated: 07/20/2023

MAGDELINE D. COLEMAN
Chief Bankruptcy Judge