# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 19-11025-MDC

HAROLD R CLARK, JR.
LINDA C CLARK
405 S. STERLING ROAD

ELKINS PARK, PA 19027

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    HAROLD R CLARK, JR.
    LINDA C CLARK
    405 S. STERLING ROAD

    ELKINS PARK, PA 19027

Counsel for debtor(s), by electronic notice only.

    GEORGETTE MILLER, ESQ.
    DILWORTH PAXSON LLP
    1500 MARKET ST., STE 3500 E.
    PHILADELPHIA, PA 19102-

                                      /S/ Kenneth E. West

Date: 9/28/2023                              _____

                                      Kenneth E. West, Esquire
                                      Chapter 13 Standing Trustee