**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Harold and Linda Clark                CHAPTER 13

    DEBTOR(S)                                BANKRUPTCY NO: 19-11025

<u>**CERTIFICATION OF NO RESPONSE**</u>

    I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Supplemental Application and Proposed Order on <u>September 25, 2023</u>, as shown in the Certification of Service filed in this matter, that more than 14 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

    I respectfully request that the Court enter the attached Order.

Dated: October 9, 2023                          **/s/ Michelle Lee**
                                                   Michelle Lee, Esq.
                                                 Dilworth Paxson LLP
                                                 1500 Market Street, Suite 3500E
                                                 Philadelphia, PA 19102