United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-11025-mdc |
| Harold R. Clark, Jr. | Chapter 13 |
| Linda C. Clark | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 09, 2023 | Form ID: pdf900 | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Harold R. Clark, Jr., Linda C. Clark, 8214 Williams Avenue, Phila, PA 19150-2011 |
| 14275800 | | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709 |
| 14275801 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 14275802 | | Freedom Cu, Arsenal Bus Center, Philadelphia, PA 19137 |
| 14275807 | + | Tdrcs/raymour & Flanig, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 14332499 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 10 2023 00:26:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 10 2023 00:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 10 2023 01:11:23 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: RASEBN@raslg.com | Nov 10 2023 00:25:00 | DITECH FINANCIAL LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Nov 10 2023 00:54:39 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14312298 | | Email/Text: ally@ebn.phinsolutions.com | Nov 10 2023 00:25:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14621682 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 10 2023 00:38:41 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14275791 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 10 2023 00:25:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14299495 | | Email/PDF: bncnotices@becket-lee.com | Nov 10 2023 00:38:15 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14275792 | + | Email/PDF: bncnotices@becket-lee.com | Nov 10 2023 00:38:32 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14275793 | + | Email/Text: creditcardbkcorrespondence@bofa.com | | |

| ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14286959 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Nov 10 2023 00:25:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14275794 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 10 2023 00:26:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14275797 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 10 2023 00:26:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14275796 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 10 2023 02:25:36 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14283436 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 10 2023 00:38:57 | Cap1/neimn, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14299237 | + | Email/Text: RASEBN@raslg.com | Nov 10 2023 00:38:54 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| | | | Nov 10 2023 00:25:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14275799 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 10 2023 00:26:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 14275795 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 10 2023 00:56:00 | Bloom/dsnb, Po Box 8218, Mason, OH 45040 |
| 14314960 | | Email/Text: bnc-quantum@quantum3group.com | Nov 10 2023 00:26:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14275798 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 10 2023 01:11:27 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14574259 | ^ | MEBN | Nov 10 2023 00:23:05 | New Rez LLC D/B/A Shellpoint Mortgage Servicing as, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14476769 | | Email/Text: mtgbk@shellpointmtg.com | Nov 10 2023 00:25:00 | NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14275803 | + | Email/Text: bankruptcy@holidayinnclub.com | Nov 10 2023 00:25:00 | Orange Lake/wilson Res, 8505 W Irlo Bronson Memo, Kissimmee, FL 34747-8217 |
| 14308393 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 10 2023 00:38:15 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14275804 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 10 2023 00:38:33 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14311238 | | Email/Text: bnc-quantum@quantum3group.com | Nov 10 2023 00:26:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14286769 | + | Email/Text: RASEBN@raslg.com | Nov 10 2023 00:25:00 | RAS CITRON, LLC, BANKRUPTCY DEPARTMENT, 130 CLINTON ROAD, SUITE 202, FAIRFIELD, NJ 07004-2927 |
| 14275805 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 10 2023 00:38:11 | Syncb/ashley Homestore, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14275806 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 10 2023 00:55:13 | Syncb/old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 14312489 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 10 2023 01:11:29 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14276028 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 10 2023 00:38:25 | Synchrony Bank by AIS InfoSources LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14305039 | + | Email/Text: tdebn@credbankserv.com | Nov 10 2023 00:25:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14287624 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 10 2023 00:26:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 09, 2023 | Form ID: pdf900 | Total Noticed: 42 |

| | | | |
|---|---|---|---|
| 14275808 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 10 2023 00:26:00 | Us Bk Rms Cc, Po Box 108, Saint Louis, MO 63166 |
| 14275809 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 10 2023 00:25:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14314054 | ## | Ditech Financial LLC, PO Box 12740, Tempe, AZ 85284-0046 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 11, 2023         Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| GEORGETTE MILLER | on behalf of Debtor Harold R. Clark Jr. bky@dilworthlaw.com, miller.georgetter93726@notify.bestcase.com |
| GEORGETTE MILLER | on behalf of Joint Debtor Linda C. Clark bky@dilworthlaw.com miller.georgetter93726@notify.bestcase.com |
| HAROLD N. KAPLAN | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LAUREN BERSCHLER KARL | on behalf of Creditor DITECH FINANCIAL LLC lkarl@rascrane.com lbkarl03@yahoo.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Harold and Linda Clark | : | CHAPTER 13 |
| | : | |
| DEBTOR(S). | : | CASE NO.: 19-11025 |
| | : | |

**AMENDED ORDER DISMISSING CHAPTER 13 AND SETTING
DEADLINE FOR <u>APPLICATIONS FOR ALLOWANCE OF
ADMINISTRATIVE EXPENSES</u>**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth West, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such

service, and (2) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7.	If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. '1326(a)(2).

Dated: November 9, 2023

_____
UNITED STATES BANKRUPTCY JUDGE